AFFIDAVIT IN SUPPORT OF THE FACTS, encompassing summary judgment and dismissal request

1

CV 21-00038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



**FILED**

May 07 2021

ARTHUR JOHNSTON, CLERK

SITCOMM, ARBITRATION ASSOCIATION, et al

v.

[P]laza, et al

---

We, The Counter Plaintiff's Hereby Petition This Court for Summary Judgment and Dismissal of the Counterdefendants Complaint in Totality.

---

I.  **Request for Summary Judgment and Dismissal:**

1. As we have expressed in our challenge to the court's jurisdiction and at present we bring before this court our request for summary judgment.

2. This matter is directly related to an arbitration('s) and as a matter statute may only be brought before a court of proper jurisdiction "within-three months of the issuance of the arbitration award" (9 U.S.C. (12)).

3. We present that the counter defendants in their request for litigation are without the limitations of the statute.

4. The counterdefendants have signified the jurisdiction of this matter as 9 U.S.C., which is cognizable by the federal courts under Fed. R. Civ. P. 81 (6) (B), which holds that 9 U.S.C. is the governing law/principles.

5. 9 U.S.C. otherwise known as the Federal arbitration act, does not allow for litigation in matters respecting a motion to vacate. In fact, in the Hall Street and Associates as well as Archer, the Supreme Court has held that "a motion to vacate is a summary disposition motion, and is limited to the list of exceptions of (10) and (11) of the Federal arbitration act, and must be brought within the time limits specified in the act', that the courts may not engraft their own exceptions into the act! If the courts are prohibited from engrafting their own exceptions into the act, neither can an opposing party do the same.

6. A motion to vacate is not a litigation, does not evidence a controversy in the context of the 7th amendment lending jurisdiction to the court as to subject matter. The subject matter is highlighted by the opposing party and that they have requested a vacatur, which is only cognizable under the Federal Arbitration Act. Under the Federal Arbitration Act, litigation and vacator cannot be mixed as has been done by the counterdefendants. The counterdefendants are represented by learned admission fellows, and have petitioned this court in a manner not prescribed by the Federal arbitration act and cannot be given leave to correct as they are time-barred as prescribed by the acts and intentions, context, and stated purpose.

7. We ask that this matter with respect to the claim by the counterdefendant, Plaza mortgage be dismissed with prejudice due to lack of subject matter jurisdiction, lack of procedural process, and want of jurisdiction of the court.

Normally through the judicial administrative agent, the officer of these court's specifically like's that someone places a statement, stating what they are requesting either this or that at the conclusion of their presentment, please note that our affidavits are all-inclusive, we include what we are attempting, along with our objections throughout documenting the record for appeal, I.E. Unstrikeable. We also note that to the present day no party has rebutted a single affidavit point by point on the record as required in law, and that the rebuttal period having passed on each one, pennyMac and the rest of the counter defendants are/is time-barred, and realizing their error, they are attempting to conspire with the judicial officer('s) to involve the court in a conspiracy against the rights of citizens of the United States of America, which is illegal, and we object.

## AN ALL-INCLUSIVE VERIFICATION

The aforementioned information is wholly accurate, attested as such, witnessed by and before the true God Jehovah under penalty of divine retribution if otherwise. His place before this body on this 30th day of April 2021 as such will help us God.",",',",…

*RANCE MAGEE* (signature)

s:/ p.p. Sandy Goulette

s:/ p.p. Sitcomm Arbitration Association

s:/ p.p. "Eeon"

s:/ p.p. Mark Johnson

s:/ p.p. Rance Magee

s:/ p.p. Kirk Gibbs

s:/ p.p. Ronnie Kahapea

s:/ Alaric Scott

s:/ p.p. Brett Jones

s:/ p.p. Mark Moffett